In the Matter of the Estate of JOHN F. DELAPLAINE, Deceased.

(Argued January 30, 1889; decided March 5, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of October, 1887, which affirmed an order of the surrogate of the county of New York directing a joint custody and deposit by the executors of certain funds belonging to the estate of John F. Delaplaine, deceased.

*Michael H. Cardozo* for appellant.

*Joseph A. Welch* for respondent.

Agree to dismiss appeal; no opinion
All concur.
Appeal dismissed.